■ Sidney Shainwald, Respondent-Appellant, v Consumers Union of the United States, Inc., Appellant-Respondent, and James Guest et al., Respondents.—Order, Supreme Court, New York County (Burton Sherman, J.), entered on July 24,

1985, unanimously affirmed for the reasons stated by Sherman, J., without costs and without disbursements. Concur—Sandler, J. P., Asch, Milonas, Ellerin and Wallach, JJ.